UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLE HEINZ,<br><br>      Plaintiff,<br><br>v.<br><br>RAYTHEON TECHNOLOGIES CORPORATION, d/b/a RTX CORP., and COLLINS AEROSPACE,<br><br>      Defendants. | Case No. 1:25-cv-00021 |

**IT IS STIPULATED AND AGREED,** between counsel for the parties that this action be dismissed with prejudice under Rule 41(a)(1) of the Federal Rules of Civil Procedure, and without costs, disbursements, or attorneys' fees to any party.

Dated:                                                                    Dated: August 4, 2025

**SEPPINNI LAW PLLC**                                      **SEYFARTH SHAW LLP**

By: _[signature]_                                                     By: _[signature]_

Shane Seppinni                                                    Howard M. Wexler
Megan Jones                                                        620 Eighth Avenue, 32nd Floor
40 Broad Street, 7th Fl.                                         New York, NY 10018
New York, NY 10004                                            (212) 218-5500
(212) 859-5085                                                    hwexler@seyfarth.com
shane@seppinnilaw.com

*Attorneys for Plaintiff*                                        *Attorneys for Defendants*

IT IS SO ORDERED:

_[signature]_

Anthony J. Brindisi
U.S. District Judge

Dated: 8/25/2025
    Utica, NY